ACCEPTED
01-14-00241-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 12:17:43 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00241-CR

In the
## COURT OF APPEALS
For the
## FIRST SUPREME JUDICIAL DISTRICT
at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 12:17:43 PM
CHRISTOPHER A. PRINE
Clerk

_____

On Appeal from the 240th Judicial District Court of
Fort Bend County, Texas
Cause Number 11-DCR-057053

_____

### SEAN MICHAEL MCGUIRE, Appellant
*v.*
### THE STATE OF TEXAS, Appellee

_____

### APPELLANT'S MOTION FOR EXTENSION OF TIME
### DUE TO LACK OF COMPLETE RECORD

_____

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Sean Michael McGuire, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time Due to Lack of Complete Record. In support of said motion, Appellant would show the Court the following:

1.     Appellant's brief is due in this case on January 9, 2014.

2.     Appellant seeks an extension of thirty days in which to file his brief, making his brief due on or before February 8, 2015.

3.     The docket in this case, found on the Court's website, indicates that portions of the Reporter's Record in this case were filed on August 5, 2014; October 16, 2014; October 20, 2014; and January 2, 2015.   Despite this fact, the Court initially set the due date for Appellant's brief at September 5, 2014.

4.     Appellant requested, and received two extensions of time.   On December 23, 2014, before the record in this case was complete, the undersigned requested an extension of time.   This Court granted a one-week extension and directed that no further extensions would be considered or granted.

5.     The undersigned learned from Karen Rothman, a court reporter who transcribed a hearing in this case, that yet another volume is set to be filed this date.

6.     On January 7, 2015, the undersigned and co-counsel alerted the Clerk of the Court that various portions of the record had only very recently filed and that the record was still not complete.   Despite the Court's previous order, the Clerk of the Court instructed the undersigned to file a Motion for Extension of Time explaining that portions of the record were only recently filed and that the record was not yet complete.

7.     The undersigned alerted the Clerk of the Court that the brief in this case is complete, based on the portions of the record the undersigned has received and reviewed.   However, the undersigned must review the entire record to determine the appropriate points of error.

8.     In the past sixty days, the undersigned has filed a brief in the Tenth Court of Appeals in Cause Number 10-14-00227-CR, *Pedro Rodriguez, Jr., v. The State of Texas*.   In addition, the undersigned filed briefs in the Third Court of Appeals in the following cases: Cause Number 03-14-00381-CR, *Eric Alan Moore, Jr., v. The State of Texas*; Cause Number 03-14-00494-CR, *William Albert Mower v. The State of Texas*; Cause Number 03-14-00252-CR, *John Joseph Foster v. The State of Texas*; and Cause Number 03-14-00427-CR, *Joshua Caleb Williams v. The State of Texas*. The undersigned also filed a brief in the First Court of Appeals in Cause Number 01-14-00260-CR, *Arthur Alexander Office v. The State of Texas*. Finally, the undersigned has made numerous court appearances and has undertaken the tasks associated with the management of a solo attorney practice.

9.     For the reasons set forth above, Appellant respectfully requests that he be granted an extension of thirty days so that his brief in this case will now be due on February 8, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Court grant his Motion for Extension of Time Due to Lack of Complete Record.

Respectfully submitted,

_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time Due to Lack of Complete Record has been mailed to the Fort Bend County District Attorney's Office, 301 Jackson, Richmond, Texas 77469, on January 8, 2015.

__/s/ Kristen Jernigan_____
Kristen Jernigan